B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>MCALLEN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **45-4657950** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**5312 Rio Bravo Drive, Suite 5**<br>**Santa Teresa, NM**<br><br>ZIP CODE **88008** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dona Ana** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5312 Rio Bravo Drive, Suite 5**<br>**Santa Teresa, NM**<br><br>ZIP CODE **88008** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                          **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                      _____
                                      (Name of landlord that obtained judgment)

                                      _____
                                      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.8.1, ID 3303537464)*

B1 (Official Form 1) (04/13)                                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

**X** /s/ Adolfo Campero, Jr.
_____

**Adolfo Campero, Jr.**                  Bar No. **00793454**

**Campero & Associates, P.C.**
**315 Calle Del Norte, Suite 207**
**Laredo, Texas 78041**

Phone No. **(956) 796-0330**          Fax No. **(956) 796-0399**

5/5/2014
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**

**X** /s/ Omar Bazan-Flores
_____
Signature of Authorized Individual

**Omar Bazan-Flores**
_____
Printed Name of Authorized Individual

**Managing Member**
_____
Title of Authorized Individual

**5/5/2014**
_____
Date

Address
_____

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**

Case No. _____

(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Commercial Property Lot 15, Block 8, Regal Crest Unit Five Replat  "A,"An Addition to the City of El Paso, El Paso County, Texas, according to the plat thereof, recorded in Volume 53, Page 29, Plat Records of El Paso County, Texas.  Also known as 804 Centennial Drive, El Paso, Texas | Fee Owner | | $109,145.00 | $87,682.88 |
| Commercial Property Lot 11 and the West 9 feet (W. 9') of Lot 10, and the East 8 feet (E. 8') of Lot 12, Block 34, Grandview Addition, an Addition to the City of El Paso, El Paso County, Texas, according to the plat thereof, recorded in Volume 11, Page 60, Plat Records of El Paso County, Texas, and municipally known and numbered as 3309 Nations Avenue, El Paso, Texas 79930.  Also known as 3309 Nations Avenue, El Paso, Texas | Fee Owner | | $62,559.00 | $51,253.74 |
| Commercial Property Lots 7 and 8, Block 16, The Willows Unit Five, and Addition to the City of El Paso, El Paso, County, Texas, according to the Plat thereof recorded in Volume 61, Page 83, Plat Records of El Paso County, Texas.  Also known as 4625 Globe Willows Drive, El Paso, Texas | Fee Owner | | $354,133.00 | $247,437.85 |
| Commercial Property Lot 1, Block 25, Tres Suenos Unit Five, an Addition to the City of El Paso, El Paso County, Texas, according to the map thereof recorded under Instrument No. 20110064327, Plat Records of El Paso County, Texas.  Also known as 4817 Guillermo Espinoza Street, El Paso, Texas | Fee Owner | | $121,820.00 | $102,209.55 |
| Commercial Property Lot 30, Block 5, Spanish Pines Unit III Subdivision, an Addition to the City of El Paso, El Paso County, | Fee Owner | | $216,151.00 | $175,870.44 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
**L.L.C.**

Case No. _____
(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Texas, according to the Plat thereof recorded in Volume 80, Page 47, Plat Records of El Paso County, Texas.  Also known as 6051 Dona Beatriz Lane, El Paso, Texas | | | | |
| Commercial Property<br>Lot 41, Block 1, Spanish Pines Unit III Subdivision, an Addition to the City of El Paso, El Paso County, Texas, according to the map thereof in File in Book 80, Page 47, Plat Records of El Paso County, Texas. Also known as 6052 Dona Beatriz Lane, El Paso, Texas | Fee Owner | | $142,840.00 | $131,795.22 |
| Commercial Property<br>Tract I | Fee Owner | | $2,000,000.00 | $2,205,965.70 |
| Lot 35, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |
| Tract II | | | | |
| Lot 36, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |
| Tract III | | | | |
| Lot 37, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |
| Tract IV | | | | |
| Lot 38, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |
| Tract V | | | | |
| Lot 39, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
**L.L.C.**

Case No. _____
(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Tract VI<br><br>Lot 40, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract VII<br><br>Lot 41, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract VIII<br><br>Lot 42, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract IX<br><br>Lot 43, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract X<br><br>Lot 44, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract XI<br><br>Lot 45, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas.<br><br>Tract XII<br><br>Lot 46, Taurus Estates No. 16 Subdivision, Hidalgo County, Texas. | | | | |
| | | Total: | $3,006,648.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**  Case No. _____
**L.L.C.**  (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | CD Account with BBVA Compass Bank. | | $28,500.00 |
| | | CD Account with BBVA Compass Bank. | | $54,000.00 |
| | | Checking Account with Wells Fargo Bank | | $40.47 |
| | | Checking Account with Compass Bank. | | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**          Case No. _____
**L.L.C.**                                                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**          Case No.  _____
**L.L.C.**                                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**
Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | (3) Cellular Phones and (1) Samsung Tablet | | $2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | (54) Stoves; (54) Refrigerators; (169) Ceiling Fans; (4) Microwave; (5) Dish Washers; (1) Lawn Mower; and (1) Weed Eater; (1) Cleaning Pool Robot; and (1) Tool Box | | $35,570.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          Total  >    $120,110.47

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**  Case No. _____

                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**     Case No. _____
**L.L.C.**                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **6315**<br><br>**BBVA Compass Bank**<br>**1245 Country Club Rd.**<br>**Santa Teresa, New Mexico 88008** | | DATE INCURRED:  **June 28, 2013**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**CD Account with BBVA Compass Bank.**<br>REMARKS:<br><br>VALUE:          **$28,500.00** | | | | **$28,390.54** | |
| ACCT #: **2492**<br><br>**BBVA Compass Bank**<br>**1245 Country Club Rd.**<br>**Santa Teresa, New Mexico 88008** | | DATE INCURRED:  **December 16, 2013**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**CD Account with BBVA Compass Bank.**<br>REMARKS:<br><br>VALUE:          **$54,000.00** | | | | **$53,987.65** | |
| ACCT #: **xxxxxxones**<br><br>**Gloria Medina**<br>**1600 Globe Circle**<br>**El Paso, Tx. 79915** | | DATE INCURRED:  **December 7, 2013**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**3309 Nations Avenue**<br>REMARKS:<br><br>VALUE:          **$62,559.00** | | | | **$51,253.74** | |
| ACCT #: **xxxxxxones**<br><br>**Loan Quest Mortgage**<br>**299 Shadow Mountain**<br>**El Paso, Tx, 79912** | | DATE INCURRED:  **May 2, 2013**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**804 Centennial Drive**<br>REMARKS:<br><br>VALUE:          **$109,145.00** | | | | **$87,682.88** | |
| | | Subtotal (Total of this Page) > | | | | **$221,314.81** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____2_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**        Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxones<br><br>**Loan Quest Mortgage<br>299 Shadow Mountain<br>El Paso, Tx, 79912** | | DATE INCURRED: **October 8, 2013**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**4625 Globe Willows Drive,**<br>REMARKS:<br><br>VALUE: **$354,133.00** | | | | $247,437.85 | |
| ACCT #: xxxxxxones<br><br>**Loan Quest Mortgage<br>299 Shadow Mountain<br>El Paso, Tx, 79912** | | DATE INCURRED: **May 24, 2013**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**4817 Guillermo Espinoza Street,**<br>REMARKS:<br><br>VALUE: **$121,820.00** | | | | $102,209.55 | |
| ACCT #: xxxxxxones<br><br>**Loan Quest Mortgage<br>299 Shadow Mountain<br>El Paso, Tx, 79912** | | DATE INCURRED: **December 11, 2013**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**6051 Dona Beatriz Lane,**<br>REMARKS:<br><br>VALUE: **$216,151.00** | | | | $175,870.44 | |
| ACCT #: xxxxxxones<br><br>**PlainsCapital Bank<br>100 W. Cano Street<br>Edinburg, Texas 78539-4507** | | DATE INCURRED: **February 25, 2011**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**as 6052 Dona Beatriz Lane**<br>REMARKS:<br><br>VALUE: **$142,840.00** | | | | $131,795.22 | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$657,313.06**    **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**        Case No.  _____
**L.L.C.**                                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx7480<br><br>**PlainsCapital Bank**<br>**100 W. Cano Street**<br>**Edinburg, Texas 78539-4507** | | DATE INCURRED:  **April 20, 2010**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**Apartments**<br>REMARKS:<br><br><br>VALUE:                         **$2,000,000.00** | | | | $2,205,965.70 | $205,965.70 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $2,205,965.70 | $205,965.70 |
|---|---|---|---|
| | Total (Use only on last page) > | $3,084,593.57 | $205,965.70 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**        Case No. _____

                                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**     Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Subtotal > | | $0.00 |
| | | | | Total > | | $0.00 |

_____ **No** _____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
**L.L.C.**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Adriana Garza**<br>817 S. Michigan Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Alicia Ruiz**<br>817 S. Minnesota Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Beatriz Castro**<br>810 S. Minnesota Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Brenda Lopez**<br>825 S. Minnesota Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Carlos Garcia**<br>818 S. Minnesota Street, Apt 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
**L.L.C.**

Case No. _____
                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Celia Vasquez**<br>818 S. Minnesota Street, Apt. 2<br>Laredo, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Cristela Taramachi**<br>810 S. Minnesota Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Edgar Villanueva**<br>825 S. Michigan Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Elizabeth Perez**<br>818 S. Mississippi Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Esmeralda Rodriguez**<br>810 S. Mississippi Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**          Case No. _____
      **L.L.C.**                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Flor Isela Lujan**<br>6052 Dona Beatriz Drive<br>El Paso, Texas 79932 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Francisco Negrete**<br>825 S. Michigan Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Idalia Rodriguez**<br>825 S. Minnesota Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Indira Ramiro**<br>826 S. Mississippi Street, Ste. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Irene Hernandez**<br>809 S. Minnesota Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
       **L.L.C.**

Case No. _____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Irma Hernandez**<br>809 S. Mississippi Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Jennifer Garcia**<br>826 S. Minnestota Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Jesus Escobedo**<br>809 S. Mississippi Street, Apt. 4<br>Alston, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Johana Flores**<br>810 S. Mississippi Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Jorge Molina**<br>809 S. Minnesota Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**       Case No. _____
     **L.L.C.**                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jorge Perez**<br>826 S. Mississippi Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Jose Julian Rodriguez**<br>825 S. Michigan Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Jose Martinez**<br>826 S. Minnesota Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Juan Hernandez**<br>817 S. Minnesota Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Juan Ramos**<br>817 S. Michigan Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**        Case No. _____
       **L.L.C.**                                                               (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Juan Zapata**<br>809 S. Minnesota Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Karla Romero**<br>817 S. Minnesota Street, Apt. 4<br>Alton, Tesxas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Linda Ramirez**<br>818 S. Mississippi Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Margarita Picon**<br>817 S. Minnesota Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Maria Uribe**<br>809 S. Minnesota Street, Apt. 3<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**  Case No. _____
**L.L.C.**                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Martha Escobedo**<br>810 S. Mississippi Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Maura Perez**<br>818 S. Mississippi Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Nelson Llamas**<br>809 S. Mississippi Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Noel & Deyanira Perez**<br>809 S. Mississippi Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Oscar Ochoa**<br>817 S. Michigan Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**   Case No. _____
     **L.L.C.**                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Patricia Zuniga**<br>818 S. Mississippi Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Perla Dominguez**<br>809 S. Minnesota Street, Apt. 1<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Roberto Cantu**<br>826 S. Minesota Street, Apt. 4<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Rosina De La Rosa**<br>3309 Nations Avenue<br>El Paso, Texas 79930 | Rental Lease Agreement<br>Contract to be ASSUMED |
| **Rosy Villega**<br>826 S. Mississppi Street, Apt. 2<br>Alton, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**     Case No. _____
      **L.L.C.**                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 8*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **San Juanita Rodriguez** <br> 826 S. Mississippi Street, Ste. 4 <br> Alton, Texas 78573 | Rental Lease Agreement <br> Contract to be ASSUMED |
| **Sergio Rivera** <br> 825 S. Minnesota Street, Apt. 2 <br> Alton, Texas 78573 | Rental Lease Agreement <br> Contract to be ASSUMED |
| **Steven Kavin Moore & Maura Manarang** <br> 4817 Guillermo Espinoza Street <br> El Paso, Texas 79938 | Rental Lease Agreement <br> Contract to be ASSUMED |
| **Susan Puente** <br> 810 S. Minnesota Street, Apt. 3 <br> Alton, Texas 78573 | Rental Lease Agreement <br> Contract to be ASSUMED |
| **Terry Cruz** <br> 818 S. Minnesota Street, Apt. 4 <br> Alton, Texas 78573 | Rental Lease Agreement <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**     Case No. _____
**L.L.C.**                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 9*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Yadira Rocha**<br>825 S. Michigan Street, Apt. 1<br>Laredo, Texas 78573 | Rental Lease Agreement<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**          Case No. _____
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**      Case No.

Chapter      **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $3,006,648.00 | | |
| B - Personal Property | Yes | 4 | $120,110.47 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $3,084,593.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 23 | $3,126,758.47 | $3,084,593.57 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR, L.L.C.**          Case No. _____

                                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **25** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **5/5/2014** _____          Signature __ **/s/ Omar Bazan-Flores** _____

                                                                            **Omar Bazan-Flores**
                                                                            **Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**     Case No.   _____
**L.L.C.**                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$364,100.00** | **2012 Estimated Gross Income.** |
| **$284,053.50** | **2013 Estimated Gross Income.** |
| **$108,328.00** | **Estimated Year-to-date Gross Income.** |

None
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Loan Quest Mortgage**<br>**299 Shadow Mountain**<br>**El Paso, Tx, 79912** | **Febraury 4, 2014:**<br>**$7,580.00;**<br>**March 5, 2014:**<br>**$7,580.00; and**<br>**April 3, 2014:**<br>**$7,970.00** | **$23130** | **$613,200.72** |
| **BBVA Compass Bank**<br>**1245 Country Club Rd.**<br>**Santa Teresa, Nuevo Mexico 88008** | **January 27, 2014:**<br>**$2,000.00;** | **$49,440.98** | **$53,987.65** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**   Case No.   _____
**L.L.C.**                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

**January 28, 2014: $2,000.00; January 31, 2014:  $855.00; February 3, 2014: $8,482.00; February 4, 2013: $3,324.00; February 5, 2014: $3,391.00; February 6, 2014: $4,151.00; February 12, 2014:  $764.00; February 14, 2014:  $440.00; Febraury 18, 2014:  $460.00; February 20, 2014:  $600.00; February 24, 2014:  $800.00; March 3, 2014: $9,843.00; March 4, 2014: $6,264.00; March 6, 2014: $4,591.00; March 17, 2014: $1,100.00; March 19, 2014: $125.98; and April 17, 2014: $250.00.**

None
☑    c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑    a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**   Case No.   _____
**L.L.C.**                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**None** ☑

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

## 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

## 7. Gifts

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

## 8. Losses

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☐

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Campero & Associates, P.C.**<br>**315 Calle Del Norte, Suite 207**<br>**Laredo, Texas 78041** | **April 14, 2014** | **$18,787.00** |
| **United States Bankruptcy Court**<br>**P.O. Box 5059**<br>**McAllen, TX 78501** | **2/29/2014** | **$1,213.00** |

---

**None** ☑

## 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**          Case No.   _____
         **L.L.C.**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**      Case No. _____
**L.L.C.**                                                                                     (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:  **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**           Case No.  _____
**L.L.C.**                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑       a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑       b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐       c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                      **ADDRESS**
Omar Bazan-Flores                             4625 Globe Willows
                                              El Paso, Texas 799222

---

None
☑       d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑       a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑       b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑       a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐       b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**NAME AND ADDRESS**                   **TITLE**              **NATURE AND PERCENTAGE**
                                                              **OF STOCK OWNERSHIP**
Abraham Bazan                          Member                 50% Ownership
4625 Globe Willows
El Paso, Texas 799222

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**          Case No.   _____
         **L.L.C.**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

**Omar Bazan-Flores**                     **Managing Member**              **50% Ownership**
**4625 Globe Willows**
**El Paso, Texas 799222**

---

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the
    commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately
    preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
    bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of
    this case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
    purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
    has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **5/5/2014**_____          Signature   **/s/ Omar Bazan-Flores**_____
                                                                  **Omar Bazan-Flores**
                                                                  **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**                   CASE NO
**L.L.C.**

CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Hourly: Estimated Total | **$0.00** |
| Prior to the filing of this statement I have received: | | **$18,787.00** |
| Balance Due: | Hourly: Approximately | **($18,787.00)** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **5/5/2014** | **/s/ Adolfo Campero, Jr.** |
| *Date* | *Adolfo Campero, Jr.*          Bar No.  00793454 |
| | Campero & Associates, P.C. |
| | 315 Calle Del Norte, Suite 207 |
| | Laredo, Texas 78041 |
| | Phone: (956) 796-0330 / Fax: (956) 796-0399 |

---

**/s/ Omar Bazan-Flores**

*Omar Bazan-Flores*
*Managing Member*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**
**L.L.C.**                                                          Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PlainsCapital Bank<br>100 W. Cano Street<br>Edinburg, Texas 78539-4507 | | Security Interest | | **$2,205,965.70**<br><br>**Value: $2,000,000.00** |

---

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

    I, the _____**Managing Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **5/5/2014**                                    Signature:  **/s/ Omar Bazan-Flores**
                                                          **Omar Bazan-Flores**
                                                          **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Soluciones Emprendedoras Del Norte SA DE CV SOFOM ENR,**              CASE NO
**L.L.C.**

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/5/2014                                         Signature    */s/ Omar Bazan-Flores*
                                                                    *Omar Bazan-Flores*
                                                                    *Managing Member*

Date                                                   Signature

Adriana Garza
817 S. Michigan Street, Apt. 3
Alton, Texas 78573


Alicia Ruiz
817 S. Minnesota Street, Apt. 3
Alton, Texas 78573


BBVA Compass Bank
1245 Country Club Rd.
Santa Teresa, New Mexico 88008


Beatriz Castro
810 S. Minnesota Street, Apt. 1
Alton, Texas 78573


Brenda Lopez
825 S. Minnesota Street, Apt. 1
Alton, Texas 78573


Carlos Garcia
818 S. Minnesota Street, Apt 1
Alton, Texas 78573


Celia Vasquez
818 S. Minnesota Street, Apt. 2
Laredo, Texas 78573


Cristela Taramachi
810 S. Minnesota Street, Apt. 4
Alton, Texas 78573


Edgar Villanueva
825 S. Michigan Street, Apt. 4
Alton, Texas 78573

Elizabeth Perez
818 S. Mississippi Street, Apt. 3
Alton, Texas 78573

Esmeralda Rodriguez
810 S. Mississippi Street, Apt. 3
Alton, Texas 78573

Flor Isela Lujan
6052 Dona Beatriz Drive
El Paso, Texas 79932

Francisco Negrete
825 S. Michigan Street, Apt. 2
Alton, Texas 78573

Gloria Medina
1600 Globe Circle
El Paso, Tx. 79915

Idalia Rodriguez
825 S. Minnesota Street, Apt. 3
Alton, Texas 78573

Indira Ramiro
826 S. Mississippi Street, Ste. 3
Alton, Texas 78573

Irene Hernandez
809 S. Minnesota Street, Apt. 4
Alton, Texas 78573

Irma Hernandez
809 S. Mississippi Street, Apt. 3
Alton, Texas 78573

Jennifer Garcia
826 S. Minnestota Street, Apt. 1
Alton, Texas 78573


Jesus Escobedo
809 S. Mississippi Street, Apt. 4
Alston, Texas 78573


Johana Flores
810 S. Mississippi Street, Apt. 1
Alton, Texas 78573


Jorge Molina
809 S. Minnesota Street, Apt. 2
Alton, Texas 78573


Jorge Perez
826 S. Mississippi Street, Apt. 1
Alton, Texas 78573


Jose Julian Rodriguez
825 S. Michigan Street, Apt. 3
Alton, Texas 78573


Jose Martinez
826 S. Minnesota Street, Apt. 2
Alton, Texas 78573


Juan Hernandez
817 S. Minnesota Street, Apt. 1
Alton, Texas 78573


Juan Ramos
817 S. Michigan Street, Apt. 4
Alton, Texas 78573

Juan Zapata
809 S. Minnesota Street, Apt. 2
Alton, Texas 78573


Karla Romero
817 S. Minnesota Street, Apt. 4
Alton, Tesxas 78573


Linda Ramirez
818 S. Mississippi Street, Apt. 4
Alton, Texas 78573


Loan Quest Mortgage
299 Shadow Mountain
El Paso, Tx, 79912


Margarita Picon
817 S. Minnesota Street, Apt. 2
Alton, Texas 78573


Maria Uribe
809 S. Minnesota Street, Apt. 3
Alton, Texas 78573


Martha Escobedo
810 S. Mississippi Street, Apt. 2
Alton, Texas 78573


Maura Perez
818 S. Mississippi Street, Apt. 1
Alton, Texas 78573


Nelson Llamas
809 S. Mississippi Street, Apt. 2
Alton, Texas 78573

```
Noel & Deyanira Perez
809 S. Mississippi Street, Apt. 1
Alton, Texas 78573


Oscar Ochoa
817 S. Michigan Street, Apt. 1
Alton, Texas 78573


Patricia Zuniga
818 S. Mississippi Street, Apt. 2
Alton, Texas 78573


Perla Dominguez
809 S. Minnesota Street, Apt. 1
Alton, Texas 78573


PlainsCapital Bank
100 W. Cano Street
Edinburg, Texas 78539-4507


Roberto Cantu
826 S. Minnesota Street, Apt. 4
Alton, Texas 78573


Rosina De La Rosa
3309 Nations Avenue
El Paso, Texas 79930


Rosy Villega
826 S. Mississppi Street, Apt. 2
Alton, Texas 78573


San Juanita Rodriguez
826 S. Mississippi Street, Ste. 4
Alton, Texas 78573
```

Sergio Rivera
825 S. Minnesota Street, Apt. 2
Alton, Texas 78573


Steven Kavin Moore & Maura Manarang
4817 Guillermo Espinoza Street
El Paso, Texas 79938


Susan Puente
810 S. Minnesota Street, Apt. 3
Alton, Texas 78573


Terry Cruz
818 S. Minnesota Street, Apt. 4
Alton, Texas 78573


Yadira Rocha
825 S. Michigan Street, Apt. 1
Laredo, Texas 78573

Debtor(s):  **Soluciones Emprendedoras Del Norte SA DE**      Case No:                                **SOUTHERN DISTRICT OF TEXAS**
**CV SOFOM ENR, L.L.C.**                                     Chapter: **11**                            **MCALLEN DIVISION**

Adriana Garza
817 S. Michigan Street, Apt. 3
Alton, Texas 78573

Esmeralda Rodriguez
810 S. Mississippi Street, Apt.
Alton, Texas 78573

Johana Flores
810 S. Mississippi Street, Apt.
Alton, Texas 78573

Alicia Ruiz
817 S. Minnesota Street, Apt. 3
Alton, Texas 78573

Flor Isela Lujan
6052 Dona Beatriz Drive
El Paso, Texas 79932

Jorge Molina
809 S. Minnesota Street, Apt. 2
Alton, Texas 78573

BBVA Compass Bank
1245 Country Club Rd.
Santa Teresa, New Mexico 88008

Francisco Negrete
825 S. Michigan Street, Apt. 2
Alton, Texas 78573

Jorge Perez
826 S. Mississippi Street, Apt.
Alton, Texas 78573

Beatriz Castro
810 S. Minnesota Street, Apt. 1
Alton, Texas 78573

Gloria Medina
1600 Globe Circle
El Paso, Tx. 79915

Jose Julian Rodriguez
825 S. Michigan Street, Apt. 3
Alton, Texas 78573

Brenda Lopez
825 S. Minnesota Street, Apt. 1
Alton, Texas 78573

Idalia Rodriguez
825 S. Minnesota Street, Apt. 3
Alton, Texas 78573

Jose Martinez
826 S. Minnesota Street, Apt. 2
Alton, Texas 78573

Carlos Garcia
818 S. Minnesota Street, Apt 1
Alton, Texas 78573

Indira Ramiro
826 S. Mississippi Street, Ste.
Alton, Texas 78573

Juan Hernandez
817 S. Minnesota Street, Apt. 1
Alton, Texas 78573

Celia Vasquez
818 S. Minnesota Street, Apt. 2
Laredo, Texas 78573

Irene Hernandez
809 S. Minnesota Street, Apt. 4
Alton, Texas 78573

Juan Ramos
817 S. Michigan Street, Apt. 4
Alton, Texas 78573

Cristela Taramachi
810 S. Minnesota Street, Apt. 4
Alton, Texas 78573

Irma Hernandez
809 S. Mississippi Street, Apt.
Alton, Texas 78573

Juan Zapata
809 S. Minnesota Street, Apt. 2
Alton, Texas 78573

Edgar Villanueva
825 S. Michigan Street, Apt. 4
Alton, Texas 78573

Jennifer Garcia
826 S. Minnestota Street, Apt.
Alton, Texas 78573

Karla Romero
817 S. Minnesota Street, Apt. 4
Alton, Tesxas 78573

Elizabeth Perez
818 S. Mississippi Street, Apt.
Alton, Texas 78573

Jesus Escobedo
809 S. Mississippi Street, Apt.
Alston, Texas 78573

Linda Ramirez
818 S. Mississippi Street, Apt.
Alton, Texas 78573

```
Loan Quest Mortgage              PlainsCapital Bank
299 Shadow Mountain              100 W. Cano Street
El Paso, Tx, 79912              Edinburg, Texas 78539-4507



Margarita Picon                  Roberto Cantu
817 S. Minnesota Street, Apt. 2  826 S. Minnesota Street, Apt. 4
Alton, Texas 78573               Alton, Texas 78573



Maria Uribe                      Rosina De La Rosa
809 S. Minnesota Street, Apt. 3  3309 Nations Avenue
Alton, Texas 78573               El Paso, Texas 79930



Martha Escobedo                  Rosy Villega
810 S. Mississippi Street, Apt.  826 S. Mississppi Street, Apt.
Alton, Texas 78573               Alton, Texas 78573



Maura Perez                      San Juanita Rodriguez
818 S. Mississippi Street, Apt.  826 S. Mississippi Street, Ste.
Alton, Texas 78573               Alton, Texas 78573



Nelson Llamas                    Sergio Rivera
809 S. Mississippi Street, Apt.  825 S. Minnesota Street, Apt. 2
Alton, Texas 78573               Alton, Texas 78573



Noel & Deyanira Perez            Steven Kavin Moore & Maura Mana
809 S. Mississippi Street, Apt.  4817 Guillermo Espinoza Street
Alton, Texas 78573               El Paso, Texas 79938



Oscar Ochoa                      Susan Puente
817 S. Michigan Street, Apt. 1   810 S. Minnesota Street, Apt. 3
Alton, Texas 78573               Alton, Texas 78573



Patricia Zuniga                  Terry Cruz
818 S. Mississippi Street, Apt.  818 S. Minnesota Street, Apt. 4
Alton, Texas 78573               Alton, Texas 78573



Perla Dominguez                  Yadira Rocha
809 S. Minnesota Street, Apt. 1  825 S. Michigan Street, Apt. 1
Alton, Texas 78573               Laredo, Texas 78573
```

Adriana Garza
817 S. Michigan Street, Apt. 3
Alton, Texas 78573

Esmeralda Rodriguez
810 S. Mississippi Street,
Apt. 3
Alton, Texas 78573

Johana Flores
810 S. Mississippi Street,
Apt. 1
Alton, Texas 78573

Alicia Ruiz
817 S. Minnesota Street, Apt.
3
Alton, Texas 78573

Flor Isela Lujan
6052 Dona Beatriz Drive
El Paso, Texas 79932

Jorge Molina
809 S. Minnesota Street, Apt.
2
Alton, Texas 78573

BBVA Compass Bank
1245 Country Club Rd.
Santa Teresa, New Mexico 88008

Francisco Negrete
825 S. Michigan Street, Apt. 2
Alton, Texas 78573

Jorge Perez
826 S. Mississippi Street,
Apt. 1
Alton, Texas 78573

Beatriz Castro
810 S. Minnesota Street, Apt.
1
Alton, Texas 78573

Gloria Medina
1600 Globe Circle
El Paso, Tx. 79915

Jose Julian Rodriguez
825 S. Michigan Street, Apt. 3
Alton, Texas 78573

Brenda Lopez
825 S. Minnesota Street, Apt.
1
Alton, Texas 78573

Idalia Rodriguez
825 S. Minnesota Street, Apt.
3
Alton, Texas 78573

Jose Martinez
826 S. Minnesota Street, Apt.
2
Alton, Texas 78573

Carlos Garcia
818 S. Minnesota Street, Apt 1
Alton, Texas 78573

Indira Ramiro
826 S. Mississippi Street,
Ste. 3
Alton, Texas 78573

Juan Hernandez
817 S. Minnesota Street, Apt.
1
Alton, Texas 78573

Celia Vasquez
818 S. Minnesota Street, Apt.
2
Laredo, Texas 78573

Irene Hernandez
809 S. Minnesota Street, Apt.
4
Alton, Texas 78573

Juan Ramos
817 S. Michigan Street, Apt. 4
Alton, Texas 78573

Cristela Taramachi
810 S. Minnesota Street, Apt.
4
Alton, Texas 78573

Irma Hernandez
809 S. Mississippi Street,
Apt. 3
Alton, Texas 78573

Juan Zapata
809 S. Minnesota Street, Apt.
2
Alton, Texas 78573

Edgar Villanueva
825 S. Michigan Street, Apt. 4
Alton, Texas 78573

Jennifer Garcia
826 S. Minnestota Street, Apt.
1
Alton, Texas 78573

Karla Romero
817 S. Minnesota Street, Apt.
4
Alton, Tesxas 78573

Elizabeth Perez
818 S. Mississippi Street,
Apt. 3
Alton, Texas 78573

Jesus Escobedo
809 S. Mississippi Street,
Apt. 4
Alston, Texas 78573

Linda Ramirez
818 S. Mississippi Street,
Apt. 4
Alton, Texas 78573

Loan Quest Mortgage
299 Shadow Mountain
El Paso, Tx, 79912

PlainsCapital Bank
100 W. Cano Street
Edinburg, Texas 78539-4507


Margarita Picon
817 S. Minnesota Street, Apt.
2
Alton, Texas 78573

Roberto Cantu
826 S. Minnesota Street, Apt.
4
Alton, Texas 78573


Maria Uribe
809 S. Minnesota Street, Apt.
3
Alton, Texas 78573

Rosina De La Rosa
3309 Nations Avenue
El Paso, Texas 79930


Martha Escobedo
810 S. Mississippi Street,
Apt. 2
Alton, Texas 78573

Rosy Villega
826 S. Mississppi Street, Apt.
2
Alton, Texas 78573


Maura Perez
818 S. Mississippi Street,
Apt. 1
Alton, Texas 78573

San Juanita Rodriguez
826 S. Mississippi Street,
Ste. 4
Alton, Texas 78573


Nelson Llamas
809 S. Mississippi Street,
Apt. 2
Alton, Texas 78573

Sergio Rivera
825 S. Minnesota Street, Apt.
2
Alton, Texas 78573


Noel & Deyanira Perez
809 S. Mississippi Street,
Apt. 1
Alton, Texas 78573

Steven Kavin Moore & Maura
Manarang
4817 Guillermo Espinoza Street
El Paso, Texas 79938


Oscar Ochoa
817 S. Michigan Street, Apt. 1
Alton, Texas 78573

Susan Puente
810 S. Minnesota Street, Apt.
3
Alton, Texas 78573


Patricia Zuniga
818 S. Mississippi Street,
Apt. 2
Alton, Texas 78573

Terry Cruz
818 S. Minnesota Street, Apt.
4
Alton, Texas 78573


Perla Dominguez
809 S. Minnesota Street, Apt.
1
Alton, Texas 78573

Yadira Rocha
825 S. Michigan Street, Apt. 1
Laredo, Texas 78573