**United States Bankruptcy Court**
**Southern District of Texas**
**McAllen Division**

In re:   **Soluciiones Emprendedoras Del Norte SA DE CV SOFOM, ENR, L.L.C.**   Case No. 14-70254

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Omar Bazan-Flores** <br> **4625 Globe Willows** <br> **El Paso, Texas 799222** | **Common** | 500 | Per Value |
| **Abraham Bazan** <br> **4625 Globe Willows** <br> **El Paso, Texas 799222** | **Common** | 500 | Per Value |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Ruby M. Villarreal, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   5/5/2014            */s/*Omar Bazan-Flores, *Managing Member*

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.